# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:02CV457-V

| | |
|---|---|
| NATIONAL GYPSUM PROPERTIES, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **O R D E R** |
| ) | |
| BPB USA, INC., BPB GYPSUM, INC. ) | |
| and BPB AMERICA INC., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on "Plaintiff's Agreed Motion to Extend Case Management Deadlines" (document #111) filed July 20, 2005. For the reasons stated therein, and there being no objection from the Defendants, the Motion is hereby **GRANTED.**

**IT IS THEREFORE ORDERED:**

1. The discovery completion deadline in the above case is extended to September 30, 2005.

2. The mediated settlement conference deadline is extended to November 30, 2005.

3. The Clerk is directed to send copies of this Order to counsel for the parties.

**SO ORDERED.**

**Signed: July 25, 2005**

*Carl Horn, III*

Carl Horn, III
United States Magistrate Judge