RECEIVED
CHARLOTTE, N.C.
JUL 22 2005
Clerk, U.S. Dist. Court
W. Dist. of N.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No: 3:02CV457-V

| | |
|---|---|
| NATIONAL GYPSUM PROPERTIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>BPB U.S. HOLDINGS, INC.,<br><br>Defendant. | ORDER ADMITTING BRIAN J. LUM *PRO HAC VICE* |

FOR GOOD CAUSE SHOWN, and on Motion of Counsel for Plaintiff and payment of the $100.00 admission fee on behalf of the applicant, IT IS HEREBY ORDERED that Brian J. Lum be admitted to practice *pro hac vice* before this Court in order to represent Plaintiff in the above-captioned case.

This the ___ day of July, 2005.

_____
United States District Court Judge

C-943264v1 11947.01125