# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### Charlotte Division

Civil Action No. 3:02cv457-V

| | | |
|---|---|---|
| NATIONAL GYPSUM PROPERTIES, LLC | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | **ORDER** |
| BPB USA, INC., BPB MANUFACTURING, INC., and BPB AMERICA INC. | ) ) ) ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on Defendant BPB USA, Inc., BPB Manufacturing, Inc., and BPB America Inc.'s (collectively "BPB") consent motion to extend the deadline for conducting the mediated settlement conference to February 28, 2006.

For good cause shown;

Defendant BPB's motion to extend the deadline for conducting the mediated settlement conference to February 28, 2006 is **GRANTED**.

SO ORDERED.

Signed: December 7, 2005

_____Carl Horn, III_____
Carl Horn, III
United States Magistrate Judge