# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# Charlotte Division

Civil Action No. 3:02cv457-V

| | |
|---|---|
| NATIONAL GYPSUM PROPERTIES, LLC | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER**<br>) |
| BPB USA, INC.,<br>BPB GYPSUM, INC., and<br>BPB AMERICA INC. | )<br>)<br>)<br>) |
| Defendants. | ) |

**THIS MATTER** is before the Court on Defendant BPB USA, Inc., BPB Gypsum, Inc., and BPB America Inc.'s (collectively "BPB") consent motion to extend the deadline to serve Defendants' expert witness reports to February 21, 2006.

For good cause shown;

Defendant BPB's motion to extend the deadline to serve Defendants' expert witness reports to February 21, 2006 is **GRANTED**.

SO ORDERED.

Signed: February 8, 2006

_Carl Horn, III_

Carl Horn, III
United States Magistrate Judge