IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:02cv457-C

| | |
|---|---|
| NATIONAL GYPSUM PROPERTIES, LLC )<br><br>Plaintiff, )<br><br>v. )<br><br>BPB USA, INC., )<br>BPB MANUFACTURING, INC., and )<br>BPB AMERICA INC. )<br><br>Defendants. ) | **ORDER** |

**THIS MATTER** is before the Court on Defendant BPB USA, Inc., BPB Gypsum, Inc. and BPB America Inc.'s (collectively "BPB") Unopposed Motion to Stay Proceedings, filed with the Court on June 16, 2006.

For good cause shown;

BPB's Unopposed Motion to Stay Proceedings is **GRANTED.** It is hereby ordered that all proceedings in the above captioned litigation are stayed pending the outcome of BPB's presently ongoing branding study. It is further ordered that neither party will make any reference in this litigation to the study, including but not limited to the study's existence and eventual results, or the fact that there was consideration given in changing the name of the ProFin brand. The parties are ordered to provide an update to the Court of the status and/or outcome of the branding study by November 17, 2006.

**SO ORDERED**.

Signed: June 19, 2006

*Carl Horn, III*

Carl Horn, III
United States Magistrate Judge